[No. 44387-9-I. Division One. January 22, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. JASON LEMAR WEBB, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 98-8-08610-8, John M. Darrah, J., entered March 1, 1999. *Dismissed* by unpublished per curiam opinion.

[No. 45865-5-I. Division One. January 22, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. JESUS MENDOZA, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 98-1-07876-2, Patricia H. Aitken, J., entered December 14, 1999. *Reversed* by unpublished per curiam opinion.

[No. 44469-7-I. Division One. January 22, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. JOSEPH EDWARD DOWNEY, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 97-1-06150-1, Richard M. Ishikawa, J., entered March 15, 1999. *Dismissed* by unpublished per curiam opinion.

[No. 44499-9-I. Division One. January 22, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. L.D.C., *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 98-8-07967-5, Michael J. Trickey, J., entered April 1, 1999. *Dismissed* by unpublished per curiam opinion.